UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD J. TRUMP,

    Plaintiff,

vs.

SIMDAG/ROBEL, LLC, a Florida limited
liability company;
FRANK DAGOSTINO;
HOWARD HOWELL; ROBERT LYONS;
PATRICK SHEPPARD; AND JODY SIMON

    Defendants.

Case No: 8:07-CV-00910-T-27TBM

_____/

**ANSWER, AFFIRMATIVE DEFENSES AND**
**COUNTERCLAIM OF DEFENDANT JODY SIMON**

Defendant, Jody Simon ("Simon"), files this Answer, Affirmative Defenses and Counterclaim and states the following:

**ANSWER**

Defendant, Jody Simon, files his answer and responds to correspondingly numbered paragraphs as follows:

1. Without knowledge, therefore, denied.

2. Simon is a citizen of the State of Florida; all other allegations without knowledge, therefore, denied.

3. Admitted.

4. Without knowledge, therefore, denied.

5. Document speaks for itself, therefore, denied.

6. Document speaks for itself, therefore, denied.

7. Document speaks for itself, therefore, denied.

8. Denied. Plaintiff Donald J. Trump had significant review and approval requirements over all provisions of the documents to build Trump Tower Tampa including design and construction, and advertising and marketing of the Project pursuant to the terms of the Original Agreement and Amendment.

9. Document speaks for itself, therefore, denied.

10. Denied.

11. Denied.

12. The allegations set forth in paragraph 12 are against Defendant Simdag, not Defendant Simon so Defendant Simon does not respond thereto.

13. The allegations set forth in paragraph 13 are against Defendant Simdag, not Defendant Simon so Defendant Simon does not respond thereto.

14. Without knowledge, therefore, denied.

15. Without knowledge, therefore, denied.

16. Without knowledge, therefore, denied.

17. Without knowledge, therefore, denied.

18. Without knowledge, therefore, denied.

19. Admitted such a letter was sent; all other allegations denied.

20. Without knowledge, therefore, denied.

21. Admitted such a letter was sent; all other allegations denied.

22. Denied.

23. The allegations set forth in paragraph 23 are against Defendant Simdag, not Defendant Simon so Defendant Simon does not respond thereto.

24. Defendant Simon realleges and incorporates by reference the allegations set forth in paragraphs 1 through 11, and 14 through 22 as if fully set forth herein.

25. Admitted Defendant Simon executed the Guaranty; Document speaks for itself, therefore, all other allegations denied.

26. Without knowledge, therefore, denied.

27. Denied.

28. Without knowledge, therefore, denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff Donald J. Trump has breached the terms of the Original Agreement and Amendment thereby releasing Defendant Simon of any liability under the Guaranty.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff Donald J. Trump had significant review and approval requirements over all provisions of the documents to build Trump Tower Tampa including design and construction, and advertising and marketing of the Project pursuant to the terms of the Original Agreement and Amendment.

### THIRD AFFIRMATIVE DEFENSE

The terms and provisions of the Amendment to the Original Agreement did not receive the approval of Defendant Simon as Guarantor and therefore Defendant Simon is released from the terms of the Guaranty.

## **COUNTERCLAIM**

Defendant/ Counterclaimant Jody Simon ("Counterclaimant Simon") files this Counterclaim against Plaintiff/Counterdefendant Donald J. Trump ("Counterdefendant Trump") and states:

1. Section 15 of the Agreement ( Exhibit A to the Complaint) contains the Confidentiality Provision agreed to between the Defendant Simdag/Robel, LLC and Counterdefendant Trump.

2. Counterdefendant Trump breached the terms and provisions of Section 15 of the Agreement.

3. The breach of Section 15 of the Agreement damaged not only Defendant Simdag/Robel, LLC but also Counterplaintiff Simon based on the alleged liability of Counterplaintiff Simon under the Guaranty of the obligations of the Agreement.

4. Counterdefendant Trump's breach of Section 15 of the Agreement has caused damages to be sustained by Counterplaintiff Simon.

WHEREFORE, Counterplaintiff Jody Simon requests this Court enter judgment against Counterdefendant Donald J. Trump for damages, costs, attorneys fees and all other further relief as allowed by this Court.

    /s/ Wanda Hagan Golson
Wanda Hagan Golson (Fla. Bar No. 375586)
STICHTER, RIEDEL, BLAIN
  & PROSSER, P.A.
110 Madison Street, Suite 200
Tampa, Florida 33602
E-mail wgolson@srbp.com
Phone (813) 229-0144
Fax (813) 229-1811
Attorneys for Jody Simon

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Answer, Affirmative Defenses and Counterclaim of Defendant Jody Simon has been furnished by U.S. MAIL on the 12th day of September, 2007 to:

Christopher L. Griffin, Esq.
Foley & Lardner, LLP
P.O. Box 3391
Tampa, FL  33601-3391

Kathy E. Rentas, Esq.
17351 SW 12th St.
Pembroke Pines, FL  33029-4803

                                                               /s/ Wanda Hagan Golson
                                                               Wanda Hagan Golson