UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD J. TRUMP,

    Plaintiff,

vs.

SIMDAG/ROBEL, LLC, a Florida limited
liability company;
FRANK DAGOSTINO;
HOWARD HOWELL; ROBERT LYONS;
PATRICK SHEPPARD; AND JODY SIMON

    Defendants.

_____/

Case No: 8:07-CV-00910-T-27TBM

## ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT OF DEFENDANT JODY SIMON

Defendant, Jody Simon ("Simon"), files this Answer and Affirmative Defenses and states the following:

## ANSWER

Defendant, Jody Simon, files his answer and responds to correspondingly numbered paragraphs as follows:

1. Without knowledge, therefore, denied.

2. Simon is a citizen of the State of Florida; all other allegations without knowledge, therefore, denied.

3. Admitted.

4. Without knowledge, therefore, denied.

5.   Document speaks for itself, therefore, denied.

6.   Document speaks for itself, therefore, denied.

7.   Document speaks for itself, therefore, denied.

8.   Denied. Plaintiff Donald J. Trump had significant review and approval requirements over all provisions of the documents to build Trump Tower Tampa including design and construction, and advertising and marketing of the Project pursuant to the terms of the Original Agreement and Amendment.

9.   Document speaks for itself, therefore, denied.

10.  Denied.

11.  Denied.

12.  The allegations set forth in paragraph 12 are against Defendant Simdag, not Defendant Simon so Defendant Simon does not respond thereto.

13.  The allegations set forth in paragraph 13 are against Defendant Simdag, not Defendant Simon so Defendant Simon does not respond thereto.

14.  Without knowledge, therefore, denied.

15.  Without knowledge, therefore, denied.

16.  Without knowledge, therefore, denied.

17.  Without knowledge, therefore, denied.

18.  Without knowledge, therefore, denied.

19.  Admitted such a letter was sent; all other allegations denied.

20.  Without knowledge, therefore, denied.

21.  Admitted such a letter was sent; all other allegations denied.

22.  Denied.

23. The allegations set forth in paragraph 23 are against Defendant Simdag, not Defendant Simon so Defendant Simon does not respond thereto.

24. Defendant Simon realleges and incorporates by reference the allegations set forth in paragraphs 1 through 11, and 14 through 22 as if fully set forth herein.

25. Admitted Defendant Simon executed the Guaranty; Document speaks for itself, therefore, all other allegations denied.

26. Without knowledge, therefore, denied.

27. Denied.

28. Without knowledge, therefore, denied.

## AFFIRMATIVE DEFENSES

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff Donald J. Trump has breached the terms of the Original Agreement and Amendment thereby releasing Defendant Simon of any liability under the Guaranty.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff Donald J. Trump had significant review and approval requirements over all provisions of the documents to build Trump Tower Tampa including design and construction, and advertising and marketing of the Project pursuant to the terms of the Original Agreement and Amendment.

**THIRD AFFIRMATIVE DEFENSE**

The terms and provisions of the Amendment to the Original Agreement did not receive the approval of Defendant Simon as Guarantor and therefore Defendant Simon is released from the terms of the Guaranty.

    /s/ Wanda Hagan Golson
Wanda Hagan Golson (Fla. Bar No. 375586)
STICHTER, RIEDEL, BLAIN
  & PROSSER, P.A.
110 Madison Street, Suite 200
Tampa, Florida 33602
E-mail wgolson@srbp.com
Phone (813) 229-0144
Fax (813) 229-1811
Attorneys for Jody Simon

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court on August 12, 2008, by using the CM/ECF system, which will send a notice of electronic filing to the following:

Christopher L. Griffin, Esq.
Foley & Lardner, LLP
P.O. Box 3391
Tampa, FL 33601-3391

Allen M. Levine, Esq.
Becker & Poliakoff, P.A.
2401 W. Bay Drive, Suite 414
Largo, FL 33770

    /s/ Wanda Hagan Golson
Wanda Hagan Golson