UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD J. TRUMP,

Plaintiff,

vs.   Case No. 8:07-cv-910-T-27TBM

SIMDAG/ROBEL, LLC, a Florida limited
liability company, et al.,

Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion to Allow Bernard R. Diamond to Appear for Mediation in Place of the Plaintiff (Dkt. 73). Pursuant to the affidavits submitted with the motion, Plaintiff and Mr. Diamond warrant that Mr. Diamond "has played an integral role in the transactions which are at issue in this action" and has "full authority to negotiate and to enter into settlement terms on [Plaintiff's] behalf at the Mediation." (Dkt. 73-2, ¶¶ 4, 8; Dkt. 73-3, ¶¶ 4, 6). Pursuant to Local Rule 9.05(c), it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Allow Bernard R. Diamond to Appear for Mediation in Place of the Plaintiff (Dkt. 73) is **GRANTED**, on the condition that Plaintiff be available by telephone during the scheduled mediation at the discretion of the mediator.

**DONE AND ORDERED** in chambers this 22nd day of September, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record