UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD J. TRUMP,

      Plaintiff,

vs.                                  Case No. 8:07-cv-910-T-27TBM

SIMDAG/ROBEL, LLC, a Florida limited
liability company, et al.,

      Defendants.
_____/

## ORDER

The Court has been advised by the Mediation Report that the above-styled action has been "conditionally settled." (Dkt. 75). There being no reason for this case to remain open pending finalization of settlement, pursuant to Local Rule 3.08(b), M.D. Fla. it is **ORDERED AND ADJUDGED** that the Clerk is directed to **ADMINISTRATIVELY CLOSE** this case. Within **thirty (30) days** of the date of this Order, the parties shall submit a status report setting forth the status of the settlement, a stipulated final order or judgment, or a motion to reopen the case.

**DONE AND ORDERED** in chambers this 30th day of September, 2008.

                                        JAMES D. WHITTEMORE
                                        United States District Judge

Copies to:
Counsel of Record