UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD J. TRUMP,

    Plaintiff,

vs.

SIMDAG/ROBEL, LLC, a Florida limited liability company; FRANK DAGOSTINO; HOWARD HOWELL; ROBERT LYONS; PATRICK SHEPPARD; and JODY SIMON,

    Defendants.
_____/

Case No. 8:07-CV-00910-T-27TBM

## STATUS REPORT REGARDING STATUS OF SETTLEMENT

The plaintiff, Donald J. Trump ("Trump"), through his undersigned counsel, and pursuant to this Court's Order of September 30, 2008, hereby submits the following status report regarding the mediation and settlement of this action:

1. On September 29, 2008, the parties mediated this action.

2. On September 30, 2008, the mediator, Peter J. Grilli, filed with the Court a Mediation Report advising the Court that the action had been conditionally settled [Docket No. 75].

3. On September 30, 2008 the Court entered its Order directing (a) the Clerk to administratively close this action; and (b) the parties to submit, no later than 30 days from the date of the Order, a report setting forth the status of settlement, a stipulated final order or judgment, or a motion to reopen the case [Docket No. 76].

4. Since the mediation, the parties have been working diligently to finalize the conditions of the mediation agreement. However, to date, the agreement has not been finalized. More specifically:

    a. On October 8, 2008, the undersigned forwarded copies of a written settlement agreement to counsel for the other parties.

    b. On October 20, 2008, the undersigned received proposed revisions to the settlement agreement from opposing counsel.

    c. The parties are in the process of addressing certain issues regarding terms of the settlement agreement that were raised by the October 20 transmittal described above.

5. In addition to the finalizing of a comprehensive written agreement, certain additional conditions (including approval by the United Sates Bankruptcy Court of certain aspects of the settlement) must be satisfied before the conditional agreement can be completed. Those conditions have not yet been satisfied.

6. If the parties are unable to finalize a settlement of this matter, the parties will file a motion to reopen this case.

7. While the parties ordinarily would provide a more detailed explanation to the Court, the parties are mindful of the confidential nature of mediation and of their settlement discussions. Accordingly, the information set forth here is provided in order simultaneously to (a) permit the Court to assess the status of the parties' efforts to complete the conditions of the mediation agreement, and (b) not breach those confidentiality restrictions.

**Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), counsel for Trump has conferred with counsel for the defendants and is authorized to represent that said counsel have reviewed this Status Report and have consented to its submittal to the Court on all parties' behalf.

/s/ Christopher L. Griffin
Christopher L. Griffin (FBN 273147)
Lauren L. Valiente (FBN 034775)
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL  33602-5810
Telephone:  813.229.2300
Facsimile:  813.221.4210
Attorneys for Mr. Trump

**Certificate Of Service**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court on October 29, 2008, by using the CM/ECF system, which will send a notice of electronic filing to the following:

Wanda Hagan Golson, Esquire
Stichter, Riedel, Blain & Prosser, P.A.
110 Madison Street, Suite 200
Tampa, FL. 33602

Charles M. Harris, Jr., Esq.
Heidi L. Hobbs, Esq.
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A.
200 Central Avenue, Suite 1600
St. Petersburg, Florida 33701
Attorneys for Frank Dagostino

Jeffrey W. Gibson
Macfarlane Ferguson & Mcmullen
P. O. Box 1531
Tampa, Florida 33601-1531
Attorneys for Howell and Sheppard

Jeffrey W. Warren, Esq.
Karen S. Cox, Esq.
Bush Ross, P.A.
Post Office Box 3913
Attorneys for SimDag/Robel, LLC

/s/ Christopher L. Griffin
Attorney